UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BARTH,
    Plaintiff,

    V.                        CIVIL ACTION NO.
                            15-13794-MBB

CITY OF PEABODY,
RK REALTY TRUST, and
RICHARD DIPIETRO,
    Defendants.

**FINAL JUDGMENT**

**August 9, 2019**

**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered, it is **ORDERED** and **ADJUDGED** that plaintiff John Barth take nothing, that defendant City of Peabody recover $1,150 from plaintiff, and that this action be **DISMISSED** with prejudice as to the City of Peabody and without prejudice as to defendants Richard Dipietro and RK Realty Trust.

                                        /s/ Marianne B. Bowler
                                      **MARIANNE B. BOWLER**
                                      United States Magistrate Judge